UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA, *ex rel.*
MARY BOZZELLI,

        Plaintiff,

vs.

PHH MORTGAGE CORPORATION and
PHH CORPORATION,

        Defendants.

------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 07 2017 ★

LONG ISLAND OFFICE

**FILED UNDER SEAL**

Civil Action No.
13-CV-3084

(Bianco, J.)
(Brown, M.J.)

## THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE

    Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes and intends to proceed with this action.

    The Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

    The United States reserves the right to seek the dismissal of the relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

*United States ex rel. Bozzelli v. PHH Mortgage Corp., et al.,* 13-CV-3084 (JFB)(GB)
Notice of Election to Intervene dated August 4, 2017

    A proposed order accompanies this notice.

Dated: August 4, 2017                      Respectfully submitted,
       Brooklyn, New York

                                                BRIDGET M. ROHDE
                                                ACTING UNITED STATES ATTORNEY

                       By:    /s/ *John Vagelatos*
                               JOHN VAGELATOS
                               MATTHEW J. MAILLOUX
                               Assistant U.S. Attorneys
                               Eastern District of New York
                               271 Cadman Plaza East
                               Brooklyn, New York 11201
                               (718) 254-6000