TO: Clerk's Office
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 07 2017 ★

LONG ISLAND OFFICE

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*******************************
[UNDER SEAL]

-v.-

[UNDER SEAL].

*******************************

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: John Vagelatos
Firm Name: USAO-EDNY
Address: 271 Cadman Plaza East
         Brooklyn, NY 11201
Phone Number: (718) 254-6182
E-Mail Address: john.vagelatos@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ✓
If yes, state description of document to be entered on docket sheet:

CV-13-3084
Docket Number

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: CV-13-3084
Judge/Magistrate Judge: Bianco/Brown
Date Entered: _____

B) If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY **NOT** BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: August 7, 2017 , NEW YORK

_Joan M. Azrack_
**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE _____
                                    DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ✓ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or C.) ___ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

8/4/17                    John Vagelatos
DATE                       SIGNATURE
                           by VC